UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARION COUNTY,<br><br>Plaintiff - Appellant,<br><br>SANTIAM WATER CONTROL DISTRICT and CITY OF STAYTON,<br><br>Intervenor-Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants - Appellees,<br><br>NORTHWEST ENVIRONMENTAL DEFENSE CENTER and NATIVE FISH SOCIETY,<br><br>Intervenor-Defendants - Appellees. | No. 26-7415<br><br>D.C. No. 6:26-cv-00956-MTK<br>District of Oregon, Eugene<br><br>ORDER |
| CITY OF SALEM,<br><br>Plaintiff - Appellant,<br><br>MARION COUNTY,<br><br>Plaintiff, | No. 26-7451<br><br>D.C. No. 6:26-cv-00956-MTK<br>District of Oregon, Eugene<br><br>ORDER |

SANTIAM WATER CONTROL DISTRICT and CITY OF STAYTON,

Intervenor-Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; et al.,

Defendants - Appellees,

NORTHWEST ENVIRONMENTAL DEFENSE CENTER and NATIVE FISH SOCIETY,

Intervenor-Defendants - Appellees.

The court has received the emergency motions for injunctive relief.

These appeals are consolidated. The consolidated responses to the motions are due November 19, 2026 at 9:00 a.m. Pacific Time. The optional replies in support of the motions are due November 20, 2026 at 9:00 a.m. Pacific Time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT