UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARION COUNTY, a Political Subdivision of the State of Oregon,<br><br>Plaintiff - Appellant,<br><br>SANTIAM WATER CONTROL DISTRICT and CITY OF STAYTON,<br><br>Intervenor-Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; et al.,<br><br>Defendants - Appellees,<br><br>NORTHWEST ENVIRONMENTAL DEFENSE CENTER and NATIVE FISH SOCIETY,<br><br>Intervenor-Defendants - Appellees. | No. 26-7415<br><br>D.C. No. 6:26-cv-00956-MTK<br>District of Oregon, Eugene<br><br>ORDER |
| CITY OF SALEM,<br><br>Plaintiff - Appellant,<br><br>MARION COUNTY, a Political Subdivision of the State of Oregon,<br><br>Plaintiff, | No. 26-7451<br><br>D.C. No. 6:26-cv-00956-MTK<br><br>District of Oregon, Eugene |

SANTIAM WATER CONTROL DISTRICT and CITY OF STAYTON,

Intervenor-Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; et al.,

Defendants - Appellees,

NORTHWEST ENVIRONMENTAL DEFENSE CENTER and NATIVE FISH SOCIETY,

Intervenor-Defendants - Appellees.

Before: TALLMAN, JOHNSTONE, and TUNG, Circuit Judges.

The motions (Docket Entry No. 9 in No. 26-7415 and Docket Entry No. 5 in No. 26-7451) for injunctive relief are denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The opening briefs are due December 3, 2026. The consolidated answering briefs are due December 31, 2026. The optional reply briefs are due 21 days after the consolidated answering briefs are served.